IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| VADIM A. MEDISH<br>5037 Eskridge Terrace, N.W.<br>Washington, D.C. 20016<br><br>and<br><br>MARK C. MEDISH, Individually and as<br>Parent and Legal Guardian of Vadim A.<br>Medish<br>5037 Eskridge Terrace, N.W.<br>Washington, D.C. 20016<br><br>and<br><br>SUE EDWARDS, Individually and as<br>Parent of Vadim A. Medish<br>5037 Eskridge Terrace, N.W.<br>Washington, D.C. 20016<br><br>      Plaintiffs,<br><br>v.<br><br>THE JOHNS HOPKINS HEALTH<br>SYSTEM CORPORATION T/A<br>JOHNS HOPKINS MEDICINE<br>601 North Broadway<br>Baltimore, Maryland 21205<br><br>SERVE ON:  Resident Agent<br>                Joanne E. Pollack, Esquire<br>                600 North Wolfe Street<br>                Administration Bldg., 414<br>                Baltimore, Maryland 21205<br><br>and<br><br>THE JOHNS HOPKINS HOSPITAL T/A<br>THE JOHNS HOPKINS HOSPITAL, INC.,<br>601 North Broadway<br>Baltimore, Maryland 21205 | CASE NO. _____<br><br><br><br><br><br>*Removed from the Circuit Court for Baltimore<br>City, Case No. 24-C-17-002945* |

SERVE ON: Resident Agent
Joanne E. Pollack, Esquire
600 North Wolfe Street
Administration Bldg., 414
Baltimore, Maryland 21205

and

SUBASH CHANDRA, M.D.
2253 Dempster Drive
Coralville, IA 52241

Defendants.

## NOTICE OF REMOVAL

Under 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Subash Chandra, M.D. removes the action captioned *Medish v. The Johns Hopkins Health System Corp.*, Case No. 24-C-17-002945 from the Circuit Court for Baltimore City, Maryland.

## STATEMENT OF GROUNDS FOR REMOVAL

### I. Background

1. On May 23, 2017, Plaintiffs Vadim A. Medish and Mark C. Medish, individually and as Vadim's legal guardian, filed their Complaint in the Circuit Court for Baltimore City, Maryland. (*See* Ex. A, Complaint.)

2. Plaintiffs claim that The Johns Hopkins Health System, Corp., T/A Johns Hopkins Medicine, and The Johns Hopkins Hospital, T/A The Johns Hopkins Hospital Inc., ("the Johns Hopkins Defendants"), and Defendant Dr. Chandra ("Removing Defendant") were negligent in providing health care to Plaintiff Vadim A. Medish during a months-long hospitalization in 2013 for "anti-Ma2 paraneoplastic encephalitis secondary to mediastinal seminoma." Compl. ¶¶ 22 They further allege that, as a result of Defendants' negligence, Vadim A. Medish "suffered

2

permanent and extensive physical, cognitive and emotional injuries and other damages." Id. ¶ 50.

## II. Jurisdictional Basis for Removal

### A. The Court has diversity jurisdiction over this action.

3. Under 28 U.S.C. § 1332, the United States District Court has jurisdiction over this action because it is between citizens of different states and the amount in controversy is greater than $75,000, exclusive of interest and costs. Thus, this action could have originally been filed in this Court.

#### i. Diversity of Citizenship

4. Plaintiffs at the time of commencement of the State Court Action are citizens of the District of Columbia as stated in the Complaint filed in Circuit Court for Baltimore City.

5. Defendant Subhash Chandra, M.D. at the time of the commencement of the State Court Action, was a subject of the Country of India and domiciled in at 2253 Dempster Drive, Coralville, Iowa, 52241.

6. The Johns Hopkins Defendants are incorporated in Maryland, with their principal places of business in Baltimore, Maryland. They are citizens of Maryland.

#### ii. Amount in Controversy

7. Based on Plaintiffs' allegations that Vadim Medish "suffered permanent and extensive physical, cognitive and emotional injuries and other damages" and "has suffered, continues to suffer, and will in the future suffer significant and severe physical pain and suffering, neurologic and cognitive damages, discomfort, mental anguish, loss of enjoyment of life, and other damages," the Complaint seeks damages that exceed $75,000.

### III. Procedural Requirements for Removal

8. Neither the Removing Defendant nor any of the Johns Hopkins Defendants have been served at the time of removal. Upon information and belief, no summons has been issued for Removing Defendant or any of the Johns Hopkins Defendants. (*See* Ex. B, Case Information Report from Maryland Judiciary Case Search.) Accordingly, no additional consent is required and this Notice of Removal is timely under 28 U.S.C. § 1446(b). *See Robertson v. Iuliano*, Civ. No. RDB 10-1319, 2011 WL 453618 (D. Md. Feb. 4, 2011) (holding that the forum-defendant rule does not apply when the forum defendant has not been served); *Al-Ameri v. Johns Hopkins Hospital*, Case No. 15-cv-1163-GLR (D. Md. Jun. 24, 2015), ECF No. 23 (denying motion to remand medical-malpractice action where the forum defendant was not served before the time of removal), attached as Exhibit C.

9. This action is being removed "to the district court of the United States for the district and division embracing the place where such action is pending" under 28 U.S.C. § 1441(a). The Northern Division of the United States District Court for the District of Maryland embraces Baltimore City, Maryland. *See* 28 U.S.C. § 100(1).

10. Removing Defendant is filing written notice of this removal with the Clerk of the Circuit Court of Baltimore City under 28 U.S.C. § 1446(d). (*See* Exhibit D, Notice of Filing of Notice of Removal.) A copy of Removing Defendant's Notice of Filing of Notice of Removal, together with this Notice of Removal, is being served upon Plaintiffs under 28 U.S.C. § 1446(d).

11. Removing Defendant has not been served to date. As such, there are no "process, pleadings and orders" to attach pursuant to 28 U.S.C. § 1446.

WHEREFORE, the action filed in the Circuit Court for Baltimore City, Maryland is removed to this Court, no further proceeding shall be had in the Circuit Court for Baltimore City.

Respectfully submitted,

Neal M. Brown (03536)
Nbrown@waranch-brown.com
Christina N. Billiet (28841)
Cbilliet@waranch-brown.com
Waranch & Brown, LLC
1301 York Road, Suite 300
Lutherville, MD  21093
TEL:   410-821-3500
FAX:   410-821-3501

**Attorneys for Defendant,
Subhash Chandra, M.D.**

## CERTIFICATE OF SERVICE

I CERTIFY that on this 25th day of May 2017, a copy of the foregoing was sent via first class mail, postage prepaid to:

Patrick M. Regan, Esquire
Jacqueline T. Colclough, Esquire
Regan, Zambri & Long, PLLC
1919 M. Street, N.W.
Suite 350
Washington, D.C. 20036-3521

**Attorneys for Plaintiffs**

Kelly Hughes Iverson, Esquire
Goodell, DeVries, Leech & Dann, LLP
One South Street
20th Floor
Baltimore, MD 21202
**Attorneys for Defendant,
The Johns Hopkins Health System
Corporation**

_____
Neal M. Brown